IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:17-CV-34-FL

| | | |
|---|---|---|
| ROSE MARY COVER and ALEX COVER, | ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | ORDER |
| v. | ) ) | |
| TWIDDY & COMPANY OF DUCK, INC., ROBERT CHAMBERLIN, and LAURA CHAMBERLIN, | ) ) ) ) | |
| Defendants. | ) ) | |

This matter is before the court on motion by defendant Twiddy & Company of Duck, Inc., to dismiss or, alternatively, to transfer venue to the Superior Court of Dare County. (DE 17). Upon plaintiffs' stipulation to transfer venue to the Superior Court of Dare County, (DE 21), for good cause shown, this matter hereby is TRANSFERRED to the Superior Court of Dare County. Accordingly, defendant's motion in the alternative to transfer venue is GRANTED and defendant's motion to dismiss is DENIED. Upon transfer, the clerk is DIRECTED to close this case.

SO ORDERED, this the 7th day of December, 2017.

_____
LOUISE W. FLANAGAN
United States District Judge