UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| ROSE MARY COVER and ALEX COVER, ) | |
| ) | |
| Plaintiff, ) | **JUDGMENT** |
| ) | |
| v. ) | No. 2:17-CV-34-FL |
| ) | |
| TWIDDY & COMPANY OF DUCK, INC., ) ROBERT CHAMBERLAIN and LAURA ) CHAMBERLAIN ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motion for summary judgment and plaintiff's motion to dismiss without prejudice.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 7, 2017, and for the reasons set forth more specifically therein, that defendant's motion to dismiss is denied and defendants motion in the alternative to transfer venue is GRANTED. This matter is TRANSFERRED to the Superior Court of Dare County.

**This Judgment Filed and Entered on December 7, 2017, and Copies To:**

Regina C. Nichols (via CM/ECF Notice of Electronic Filing)
Lori E. Gilmore (via CM/ECF Notice of Electronic Filing)
Devlin K. Horton (via CM/ECF Notice of Electronic Filing)


December 7, 2017          JULIE A. RICHARDS, CLERK
                            /s/ Sandra K. Collins
                          (By) Sandra K. Collins, Deputy Clerk